# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:12-mj-00605-GWF |
| vs. ) | **ORDER** |
| ANTHONY MANUEL SALOME, ) | Motion to Reconsider Detention (#18) |
| Defendant. ) | |

This matter comes before the Court on Defendant Anthony Salome's ("Defendant") Motion to Reconsider Pretrial Detention (#18), filed on October 25, 2012. Under 18 U.S.C. § 3142(f)(2)(B), a detention hearing may be reopened if the Court finds that information exists that was not known to the Defendant at the time of the original hearing and that "has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of [the Defendant]." Here, Defendant does not allege any information that was unknown to him at the time of the original detention hearing. The Court therefore finds there is no new information that has a material bearing on whether the appearance of the Defendant can be assured. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Anthony Manuel Salome's Motion to Reconsider Pretrial Detention is **denied.**

DATED this 30th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge